# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN BOSCHULT,
　　　　　Appellant,

vs.

STEPHANIE BOSCHULT,
　　　　　Respondent.

No. 74377

**FILED**

MAR 0 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
　DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:　Hon. James E. Wilson, District Judge
　　David Wasick, Settlement Judge
　　Allison W. Joffee
　　Allison MacKenzie, Ltd.
　　Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-08530